**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Fax: 646-304-6604
apatel@apatellaw.com                                                                 Telephone 212-349-0230

**By ECF**

May 26, 2022

The conference set for May 31, 2022 is canceled.  The Clerk shall terminate ECF No. 23. So ordered.
/s/ Alvin K. Hellerstein
May 26, 2022

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

           Re:      **United States v. Donovan Grant**
                     21 Cr. 655 (AKH)

Dear Judge Hellerstein:

      This letter is respectfully submitted to advise Your Honor that Karloff Commissiong, co-counsel for Mr. Grant, and I visited Mr. Grant to discuss his request for new counsel.  See ECF # 22.  After our discussion, Mr. Grant instructed us to inform Your Honor that he would like Mr. Commissiong and me to remain as his counsel.

      It is respectfully submitted that the issue to be discussed at the May 31st conference has been resolved.  We are of course available on May 31st if Your Honor would like us to appear.

                                      Respectfully submitted,

                                      __/s/Andrew Patel___
                                      Andrew G. Patel
                                      *Counsel for Donovan Grant*

cc: All counsel by ECF