UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES,

              -against-

DONOVAN GRANT,

                        Defendant.
------------------------------------------------------------ x

**SCHEDULING ORDER**

21 Cr. 655 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing of Donovan Grant shall take place on November 30, 2022 at 11:00 a.m. and will be held in Courtroom 14D, 500 Pearl Street, New York, NY.

        SO ORDERED.

Dated:    August 30, 2022              __/s/ Alvin K. Hellerstein____
           New York, New York        ALVIN K. HELLERSTEIN
                                              United States District Judge