```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
UNITED STATES OF AMERICA      :    ORDER
                              :
        - v. -                :    S1 21 Cr. 655(AKH)
                              :
DONOVAN GRANT,                :
                              :
                  Defendant.  :
                              :
------------------------------X
```

WHEREAS, with the consent of the defendant, DONOVAN GRANT, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on August 26, 2022; and

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         March 2, 2023

THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK